```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
                                    The party obtaining this order is responsible for
                                    noticing it pursuant to Local Rule 9022-1.
```

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

**Dated: November 16, 2009**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-25408/0138767348

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 0:09-BK-19226-RJH |
| Mark A. Soto | Chapter 7 |
|         Debtor. | ORDER |
| Wells Fargo Bank, N.A. | |
|         Movant, | (Related to Docket #36) |
|     vs. | |
| Mark A. Soto, Debtor, William E. Pierce, Trustee. | |
|         Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

…

…

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 13, 2004 and recorded in the office of the Mohave County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Mark A. Soto has an interest in, further described as:

> Lot NINETEEN (19), Block THIRTEEN (13), Tract 2157, LAKE HAVASU CITY, ARIZONA, according to the plat thereof, recorded March 7, 1967, at Fee No. 22278, in the office of the County Recorder of Mohave County, Arizona.

> EXCEPT all oil, gas, and minerals whatsoever already found or which may hereafter be found upon or under said lands and all underground water in, under or flowing through said land and water rights appurtenant thereto as reserved by mesne Deeds of record.

> EXCEPT an undivided 1/16th Interest of all oil, gases and other hydrocarbon substances. coal, stone, metals, minerals, fossil and fertilizers of every name and description. together with all uranium, thorium or any other material which is or may be determined by the laws of the United States of America, the State of Arizona or decisions of courts to be peculiarly essential to the production of fissionable materials, whether
> or not of commercial value, as reserved by the State of Arizona, in Section 37-231. Arizona Revised Statutes and in the patent of record.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT